

# Fourth Court of Appeals
## San Antonio, Texas

March 6, 2015

No. 04-14-00548-CR

Leopoldo **CORTEZ-LEIJA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5437
Honorable N. Keith Williams, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED.  Time is extended to April 6, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    E. Bruce Curry
District Attorney - 216th Judicial District Court
200 Earl Garrett Street, Suite 202
Kerrville, TX 78028

Lucy Wilke
Assistant District Attorney - 216th Judicial District
521 Earl Garrett Street
Kerrville, TX 78028

Kurtis S. Rudkin
Attorney at Law
910 N. Main Street, #1
Boerne, TX 78006-1628